**Denied and Opinion Filed December 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01456-CV

### IN RE MICHAEL A. RUFF, Relator

**Original Proceeding from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-02825-1**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Schenck
Opinion by Justice Evans

In this original proceeding, relator seeks a writ of mandamus directing the trial court to vacate a post-judgment discovery order. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David Evans/
DAVID EVANS
JUSTICE

181456F.P05